**Order Filed on October 14, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-28284 |
| John W. Tasker | Chapter: 13 |
| | Judge: John K. Sherwood |

# ORDER DISMISSING CASE ON COURT'S
# ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 14, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having entered an Order to Show Cause as highlighted below, and having considered all objections, if any, or held a hearing at the request of a party,

- ☒ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to File Documents.

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Meet Credit Counseling Requirements,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Comply with D.N.J. LBR 1006-1, Payment of Filing Fees in Installments,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Make Installment Payment(s) Or Pay Miscellaneous Filing Fees,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Corporate Debtor's Failure to Obtain Counsel,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed Due to Debtor's Ineligibility to be a Debtor Under Chapter 13 of the Bankruptcy Code,

- ☐ Other: _____

And the debtor having failed to resolve or otherwise satisfy the Order(s) to Show Cause,

IT IS ORDERED that this case is dismissed and any discharge entered in this case is vacated. All outstanding fees due to the Court must be paid within seven (7) days of the date of this Order.

*rev.10/5/17*

United States Bankruptcy Court
District of New Jersey

In re:  
John W. Tasker  
      Debtor

Case No. 18-28284-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 16, 2018  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.  
db           John W. Tasker,    76 Dover Milton Road,    Oak Ridge, NJ    07438-9306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:  
            Marie-Ann Greenberg    magecf@magtrustee.com  
            Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE10, Asset-Backed Certificates Series 2006-HE10 rsolarz@kmllawgroup.com  
            Robert J. Stack    on behalf of Debtor John W. Tasker robstackbankruptcy@yahoo.com, robjstack@aol.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                              TOTAL: 4